In re Gabler, Sharon; Gabler, Edward H. Jr.; Boudreaux, Veronica; Boudreaux, Lionel; Vydra, Jaroslav; Badeaux, Nelson; Markey, Ernest Jr.; McCloskey, Donna; McCloskey, Thomas P.; Guidry, Linda; Guidry, Robert J. Jr.; Cantrelle, Irene; Cantrelle, Eugene J. Ill; Arnold, Janice; Arnold, Hardy A. Sr.; Pastrana, Lydia; Pastrana, Eliseo; Clark, Carol; Clark, Roberto; Tucker, Rita; Tucker, Lloyd Jr.; Coleman, Vera; Coleman, William; Cole, Mildred; Cole, Oscar; Lafauci, Sharon; La-fauci, August Jr.; Crystal, Juanita; Crystal, Victor; Gardiner, Marie; Snelson, Norma; Snelson, James; Legaspi, Leticia; Le-gaspi, Alex; DeMolle, Margaurite; De-Molle, Norman; Scott, Leticia; Scott, Dario; Jones, Joyce; Jones, Robert; Buchert, Emma Lee; Buchert, Ernest Jr.; Breaud, Annette; Breaud, Kevin; applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, No. 84-CA-523; Parish of Jefferson, 24th Judicial District Court, Div. “F”, No. 216-002.
Prior report: La.App., 470 So.2d 149.
Denied.
DIXON, C.J., and CALOGERO and DENNIS, JJ., would grant the writ.